UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Michael T. Lloyd
Larry Thompson
                     Plaintiff,

        -against-
City of New York, New York City
Police Dept., Police Officer
Stephen Guiney,   Defendant.
et al.
-----------------------------------------------------------------x

07 CIVIL 4733 (VM)

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Brian K. Robinson__

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __BR9535__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __Weil, Gotshal & Manges, LLP__

    To: __Brian K. Robinson, P.C.__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:* __1825 PARK AVE, SUITE 1102__

☒ *Telephone Number:* __(212) 722-4900 ext 311__

☒ *Fax Number:* __(212) 722-4966__

☒ *E-Mail Address:* __nkobrobinson@aol.com__

Dated: __7/12/2007__               /s/ Brian K. Robinson