UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Michael T. Lloyd
Larry Thompson

                  Plaintiff,

     -against-

City of New York, New York City
Police Dept., Police Officer
Stephen Guiney,   Defendant.
et al.
---------------------------------------------------------------x

07 CIVIL 4733 (VM)

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:  Brian K. Robinson

☒ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        BR9535

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From:  Weil, Gotshal & Manges, LLP

    To:  Brian K. Robinson, P.C.

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ *Address:*  1825 PARK AVE, SUITE 1102

☒ *Telephone Number:*  (212) 722-4900 ext 311

☒ *Fax Number:*  (212) 722-4966

☒ *E-Mail Address:*  nkobrobinson@aol.com

Dated:  7/12/2007