# United States District Court

Southern **DISTRICT OF** New York

MICHAEL T. LLOYD

LARRY THOMPSON

**SUMMONS IN A CIVIL CASE**

V.

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER STEPHEN GUINEY, POLICE OFFICER PHILIP SCANDALE AND POLICE OFFICERS JOHN DOE NUMBERS 1-3, POLICE OFFICER JANE DOE, UNKNOWN AND INTENDED TO BE OTHER NEW YORK CITY POLICE OFFICERS INVOLVED IN THE OCCURENCE HEREIN,

CASE NUMBER:

**07 CIV 4733**

**JUDGE MARRERO**

TO: (Name and address of defendant)

The City of New York
c/o The New York City
Law Department
100 Church Street
New York, N.Y. 10007

The New York City
Police Department
1 Police Plaza
New York, N.Y. 10007

P.O. Stephen Guiney
Shield # 24542

P.O. Philip Scandale
Shield # 2564
26th Precinct
520 W 126th St., NY, NY 10027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian K. Robinson, P.C.
1825 Park Ave, Suite 1102
New York, New York 10035
(212) 722- 4900 ext 311

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

DATE  JUN 0 4 2007

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me¹ | DATE June 15, 2007 |
| NAME OF SERVER (PRINT) Marceé McRae | TITLE Legal assistant |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: New York City Police Department, 1 Police Plaza, New York, N.Y. 10007

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  June 15, 2007
             Date

Signature of Server: Marceé McRae

Address of Server: 562 West 174th St, Apt 51, New York, NY 10033

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.