UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL T. LLOYD LARRY THOMPSON,              JUDGE MARRERO
      Plaintiff(s),                                         Index No. 07 CIV. 4733

   -against-                                                       AFFIDAVIT OF SERVICE
CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, et al.,
      Defendant(s).
-----------------------------------------------------------X
STATE OF NEW YORK   )
                      S.S.
COUNTY OF NEW YORK)

      OTIS OSBORNE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 3rd day of August 2007, at approximately the time of 3:25 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE, COMPLAINT, JURY TRIAL DEMANDED, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN AND INDIVIDUAL PRACTICES OF JUDGE VICTOR MARRERO** upon Police Officer Stephen Guiney, Shield #24542 at 26th Police Precinct, 520 West 126th Street, New York, NY 10027, by personally delivering and leaving the same with Police Officer, Hussey, a person of suitable age and discretion at that address, the actual place of business. At the time of service, deponent asked if Stephen Guiney is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      P.O. Hussey is a white male, approximately 43 years of age, stands approximately 6 feet 0 inches tall, and weighs approximately 220 pounds with black hair and blue eyes.

      That on the 8th day of August 2007, deponent served another copy of the foregoing upon Police Officer Stephen Guiney, Shield #24542 at 26th Police Precinct, 520 West 126th Street, New York, NY 10027, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written

on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
OTIS OSBORNE #870139

Sworn to before me this
10th day of August, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08