## BRIAN K. ROBINSON, P.C.

Attorney at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
office: (212) 722-4900 ext. 311
fax: (212) 722-4966

March 21, 2008

**VIA FACSIMILE**

The Honorable Victor Marrero
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: Michael T. Lloyd and Larry Thompson v. City of New York
          (07 CV 4733 (VM))

Dear Judge Marrero:

I am writing as counsel for Plaintiffs in the above-referenced action. Counsel for both parties appeared before your Honor on February 8, 2008 for the Initial Conference. At that time, your Honor suggested that Plaintiffs request a Settlement Conference. After discussing the matter with my clients and Counsel for Defendants, I am respectfully requesting that the Court provide us with a date during the week of April 28, 2008.

Thank you in advance for your consideration in this matter.

Yours truly,

*Brian K. Robinson*

Brian K. Robinson, Esq.

Cc: Sarah B. Evans, Esq.

---

Request GRANTED. A status conference herein is scheduled for 4-28-08 at 5:00 p.m. to address the matter described above by plaintiffs.

SO ORDERED.

3-24-08
DATE    VICTOR MARRERO, U.S.D.J.