```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
LLOYD et al.,                         :
                                      :      07 Civ 4733
                    Plaintiffs,       :
                                      :
     - against -                      :      NOTICE OF CONFERENCE
                                      :
CITY OF NEW YORK et al.,              :
                                      :
                    Defendants.       :
--------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

All parties are advised that the settlement conference before Judge Marrero which was previously scheduled for April 28, 2008 at 5:00 p.m. has been re-scheduled for April 28, 2008 at 10:00 a.m.

Requests for adjournment of the conference will be considered only if made in writing and otherwise in accordance with Judge Marrero's Individual Practices.

**SO ORDERED.**

Dated:   New York, New York
         16 April 2008

_____
Victor Marrero
U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-08
```